MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
GERARDO ARREDONDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>              )<br>        Plaintiff,    )<br>              )<br>    v.         )<br>              )<br>              )<br>GERARDO ARREDONDO      )<br>              )<br>        Defendant.    )<br>_____ | Case No. 12-128 WBS<br><br>**STIPULATION TO CONTINUE BRIEFING SCHEDULE; ORDER THEREON**<br><br>Date: October 15, 2012<br>Time: 9:30 a.m.<br>Judge: WILLIAM B. SHUBB |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present dates for the briefing be amended as follows:

    Defense filing:         September 18, 2012

    Government opposition:  October 2, 2012

    Defense reply:          October 9, 2012

    Hearing on motions:     October 15, 2012 at 9:30 a.m.

    This continuance is requested as defense counsel needs adequate

Stip and Order On Briefing Schedule

time to prepare for the case, and the defense is still reviewing the discovery and researching matters. As well, defense counsel will be in negotiations with the government in an effort to resolve the case.

Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through October 15, 2012 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: September 11, 2012         Respectfully submitted,

                                  MARK J. REICHEL, ESQ.

                                  /s/ MARK J. REICHEL
                                  MARK J. REICHEL
                                  Attorney for defendant


                                  BENJAMIN WAGNER
                                  United States Attorney

DATED: September 11, 2012.        /s/MARK J. REICHEL for:
                                  JASON HITT
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

# O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the court finds that there is GOOD CAUSE for the continuance and the exclusion of time, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is excluded pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) and Local Code T4. Motions hearing is set for October 15, 2012 at 9:30 a.m.

DATED: September 10, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE