MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California 95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
GERARDO ARREDONDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 12-128 WBS |
| Plaintiff, | **STIPULATION TO CONTINUE BRIEFING SCHEDULE AND DATE FOR HEARING OF MOTIONS; ORDER THEREON** |
| v. | |
| | Date: February 19, 2013 |
| GERARDO ARREDONDO | Time: 9:30 a.m. |
| | Judge: WILLIAM B. SHUBB |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present dates for the motions hearing be re calendared for February 19, 2013 at 9:30 a.m.

The parties also stipulate and agree that the briefing schedule shall be amended as follows:

Stip and Order

```
Defense Reply:              February 8, 2013
Government sur reply:       February 13, 2013
```

All counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged through the date of the hearing date now scheduled of February 19, 2013, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4, and local code (e) as motions are pending.

DATED: January 31, 2013.        Respectfully submitted,

                                      MARK J. REICHEL, ESQ.

                                      /s/ MARK J. REICHEL
                                      MARK J. REICHEL
                                      Attorney for defendant


                                      BENJAMIN WAGNER
                                      United States Attorney

DATED: January 31, 2013.        /s/MARK J. REICHEL for:
                                      JASON HITT
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

1  **O R D E R**

2     **IT IS SO ORDERED.**  For the reasons set forth above, the court
3  finds that there is GOOD CAUSE for the continuance and the exclusion of
4  time, and that the ends of justice served by this continuance outweigh
5  the best interests of the public and the defendant in a speedy trial.
6  Time is excluded pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) and
7  Local Code T4.
8  DATED: January 31, 2013

   _____
   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE