MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
GERARDO ARREDONDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )   Case No. 12-128 WBS
                            )
            Plaintiff,      )   **STIPULATION TO CONTINUE**
                            )   **HEARING DATE; ORDER THEREON**
     v.                     )
                            )   Date: February 25, 2013
                            )   Time: 9:30 a.m.
                            )   Judge: WILLIAM B. SHUBB
GERARDO ARREDONDO           )
                            )
            Defendant.      )
_____

    **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present dates for the hearing of motions shall be re calendared for February 25, 2013 at 9:30 a.m. **Defendant's reply shall be filed no later than February 20, 2013 by 3:00 PM. Government's sur-reply, if any, shall be filed no later than February 22, 2013, by 12:00 PM (Noon).**

Stip and Order On Hearing Date

```
DATED: February 14, 2013        Respectfully submitted,

                                MARK J. REICHEL, ESQ.

                                /s/ MARK J. REICHEL
                                MARK J. REICHEL
                                Attorney for defendant



                                BENJAMIN WAGNER
                                United States Attorney


DATED: February 14, 2013.       /s/MARK J. REICHEL for:
                                JASON HITT
                                Assistant U.S. Attorney
                                Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED**

DATED: February 14, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE