```
BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-0128 WBS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER RESETTING THE EVIDENTIARY HEARING DATE ON DEFENDANT'S MOTION TO DISMISS THE INDICTMENT |
| v. | |
| GERARDO ARREDONDO, | |
| Defendant. | |

The parties, plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant Gerardo ARREDONDO, by and through his counsel, Mark Reichel, Esq., stipulate and agree that the evidentiary hearing date of June 4, 2013, at **9:00 a.m.**, should be reset for June 18, 2013, at **9:00 a.m.**

The joint request is based upon defense counsel's need for additional time to prepare for the hearing by reviewing statements of anticipated government witnesses and view exhibits anticipated to be introduced at the evidentiary hearing, as well as meet with government counsel to attempt to resolve the matter before the

evidentiary hearing date.  Both parties believe that a resolution of the case prior to the evidentiary hearing could result in a significant benefit the defendant because it would likely result in less prison time than if the defendant is not successful on his motion to dismiss.  For these reasons, the parties respectfully request that the Court reset the evidentiary hearing date of June 4, 2013, to June 18, 2013, at **9:00 a.m.**

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: May 31, 2013        By:  /s/Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

DATED:  May 31, 2013       By:  /s/Jason Hitt
                                        Authorized to sign for Mr. Reichel on 05-30-13
                                        MARK REICHEL, Esq.
                                        Attorney for Gerardo ARREDONDO

**O R D E R**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The evidentiary hearing set for June 4, 2013, is hereby vacated; and

2. An evidentiary hearing on the pending motion to dismiss the indictment is set for June 18, 2013, at **9:00 a.m.**

**IT IS SO ORDERED.**

DATED: May 31, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE