MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF MARK J. REICHEL
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
GERARDO ARREDONDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 12-128 WBS |
| Plaintiff, ) | **STIPULATION TO CONTINUE HEARING DATE; ORDER THEREON** |
| v. ) | Date: AUGUST 27, 2013 |
| ) | Time: 9:00 a.m. |
| GERARDO ARREDONDO ) | Judge: WILLIAM B. SHUBB |
| Defendant. ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, JASON HITT, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present dates for the hearing of motions shall be re calendared for August 27, 2013 at **9:00 a.m.**

Government counsel is in a jury trial at present and will be unavailable July 30, 2013; defense counsel is the local counsel and research and writing attorney for the defense in the jury trial that government counsel is involved in; as well, the parties are in negotiations to resolve the case.

Stip and Order On Hearing Date

```
DATED: July 30, 2013           Respectfully submitted,

                               MARK J. REICHEL, ESQ.

                               /s/ MARK J. REICHEL
                               MARK J. REICHEL
                               Attorney for defendant



                               BENJAMIN WAGNER
                               United States Attorney


DATED: July 30, 2013.          /s/MARK J. REICHEL for:
                               JASON HITT
                               Assistant U.S. Attorney
                               Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED**

DATED: July 30, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE