MARK REICHEL (Cal. SBN #155034)
REICHEL & PLESSER LLP
455 Capitol Mall, Suite 802
Sacramento, CA. 95814
Tel. (916) 498-9258
Fax (888) 567-2949
E-Mail:  mark@reichellaw.com

Attorney for Defendant
GERARDO ARREDONDO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 12--CR-128 WBS |
| Plaintiff, | ORDER CONTINUING DATE FOR SENTENCING |
| v. | Time:  9:30 a.m.<br>Date:   February 9, 2015<br>Judge:  Hon. William B. Shubb |
| GERARDO ARREDONDO. | |
| Defendant. | |

_____

ORDER

    For the reasons set forth in the Joint Memorandum of the parties, , the court finds that there is GOOD CAUSE for the continuance and re sets the sentencing in this matter to February 9, 2015 at 9:30 a.m.

    IT IS SO ORDERED

Dated:  January 28, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE