MARK REICHEL (Cal. SBN #155034)
REICHEL & PLESSER LLP
455 Capitol Mall, 8th floor Suite 802
Sacramento, CA. 95814
Tel. (916) 498-9258
Fax (888) 567-2949
E-Mail: mark@reichellaw.com

Attorney for Defendant
ARREDONDO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 12CR-S-128 WBS |
| | ) |
| Plaintiff, | ) STIPULATION AND |
| | ) ORDER CONTINUING SENTENCING; |
| | ) ORDER |
| v. | ) |
| | ) |
| GERRARDO ARREDONDO | ) Date:  May 4, 2015 |
| | ) Time:  9:30 a.m. |
| | ) Judge:  Honorable WILLIAM B. SHUBB |
| Defendant. | ) |
| | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, the undersigned Assistant United States Attorney, attorney for Plaintiff, and the undersigned attorneys for defendant, that the present date for the sentencing shall be re calendared for May 4, 2015 at 9:30 a.m.

AUSA Jason Hit will be in the Ninth Circuit Court of Appeal for oral argument on Monday April 13, 2015, and unable to attend the sentencing in this matter.  All parties desire Mr. Hitt to be present for this sentencing.  Mr. Hitt is the only person with sufficient information to capably handle the sentencing in this matter.

MARK J. REICHEL

*Mark J. Reichel*

Attorney for defendant


BENJAMIN B. WAGNER

United States Attorney

/s/ *Mark J. Reichel* for:

JASON HITT

Assistant U.S. Attorney

Attorney for Plaintiff


ORDER

Good cause appearing therefor, the sentencing hearing is continued to May 4, 2015 at 9:30 a.m.

IT IS SO ORDERED.

Dated:  April 8, 2015

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE