MARK REICHEL (Cal. SBN #155034)
REICHEL & PLESSER LLP
455 Capitol Mall, 8th floor Suite 802
Sacramento, CA. 95814
Tel. (916) 498-9258
Fax (888) 567-2949
E-Mail: mark@reichellaw.com

Attorney for Defendant
ARREDONDO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>GERRARDO ARREDONDO<br><br>      Defendant. | No. 12CR-S-128 WBS<br><br>STIPULATION AND<br>ORDER CONTINUING SENTENCING;<br>ORDER<br><br>Date: June 1, 2015<br>Time: 9:30 a.m.<br><br>Judge: Honorable WILLIAM B. SHUBB |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, the undersigned Assistant United States Attorney, attorney for Plaintiff, and the undersigned attorneys for defendant, that the present date for the sentencing shall be re calendared for June 1, 2015 at 9:30 a.m.

AUSA Jason Hit is out on leave on May 4th, 2015 and defense attorney Mark Reichel is in jury trial in United States v. Markevich, Cr-s-11-490 JAM and will be there Monday May 4th, 2015.

1

MARK J. REICHEL

*Mark J. Reichel*

Attorney for defendant


BENJAMIN B. WAGNER

United States Attorney

/s/ *Mark J. Reichel* for:

JASON HITT

Assistant U.S. Attorney

Attorney for Plaintiff

## ORDER

IT IS SO ORDERED. For the reasons set forth above, the court finds that there is GOOD CAUSE for the continuance.

DATED: May 4, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE