BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:12-CR-00128 WBS |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RESETTING SENTENCING HEARING |
| v. | |
| GERARDO ARREDONDO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Gerardo ARREDONDO, by and through his counsel of record, Mark Reichel, Esq., stipulate and agree that the currently-scheduled judgment and sentencing hearing for this defendant on June 1, 2015, should be continued to June 22, 2015, at 9:00 a.m.  The requested continuance will provide the parties additional time to fully brief significant sentencing objections raised by defendant's formal objections.  The additional time will provide the parties an opportunity to meet and confer to determine whether it is

possible for the defendant to withdraw his sentencing objections in favor of a joint sentencing memorandum or the government will prepare and file its formal responses to defendant's objections.

    IT IS SO STIPULATED.

Dated:  May 28, 2015

/s/ JASON HITT
JASON HITT
Assistant United States Attorney

Dated:  May 28, 2015

/s/ Mark Reichel, Esq.
MARK REICHEL, ESQ.
Counsel for Defendant, authorized to sign for Mr. Reichel on May 28, 2015

STIPULATION AND [PROPOSED] ORDER

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The judgment and sentencing hearing for defendant Gerardo ARREDONDO on June 1, 2015, is VACATED; and

2. Judgment and sentencing for this defendant is reset for June 22, 2015, at 9:30 a.m.

**IT IS SO ORDERED**.

Dated:  May 29, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE