MARK REICHEL (Cal. SBN #155034)
REICHEL & PLESSER LLP
455 Capitol Mall, 8th floor Suite 802
Sacramento, CA. 95814
Tel. (916) 498-9258
Fax (888) 567-2949
E-Mail: mark@reichellaw.com

Attorney for Defendant
ARREDONDO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GERRARDO ARREDONDO<br><br>　　　　Defendant. | No. 12CR-S-128 WBS<br><br>STIPULATION AND<br>ORDER CONTINUING SENTENCING;<br>ORDER<br><br>Date: July 27, 2015<br>Time: 9:30 a.m.<br><br>Judge: Honorable WILLIAM B. SHUBB |

　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, the undersigned Assistant United States Attorney, attorney for Plaintiff, and the undersigned attorneys for defendant, that the present date for the sentencing shall be re calendared for July 27, 2015 at 9:30 a.m.

　　AUSA Jason Hit is in trial next week and defense attorney Mark Reichel is preparing for 3 separate jury trials at present.


MARK J. REICHEL

*Mark J. Reichel*

Attorney for defendant

1

BENJAMIN B. WAGNER

United States Attorney

/s/ *Mark J. Reichel* for:

JASON HITT

Assistant U.S. Attorney

Attorney for Plaintiff

ORDER

IT IS SO ORDERED.

Dated: June 19, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE